**MEDIATION OF CASES PENDING BEFORE JUDGE GERGEL**

**Instructions: Complete this form and file it with the joint Rule 26(f) Report.**


**Case Name:** Hart v. Navy Federal Credit Union

**C/A Number:** 1:21-CV-722

1. **Would early mediation be useful in this case? If the answer is in the affirmative, when would you propose to conduct mediation in this matter?**

   Not at this time.

2. **If early mediation is not thought to be useful, when is the earliest stage in which you believe it might be useful?**

   The parties plan to be in communication as to the earliest stage in which they believe mediation would be useful. At this time, both parties agree that at the latest mediation is expected to be useful after the Court rules on class certification.

3. **Please provide the court with any additional information that would assist in setting a timeline for required mediation.**

   None.

Dated:  August 16, 2021

s/ *David N. Wilkerson*
DAVID M. WILKERSON,
Federal ID No. 7188
The Van Winkle Law Firm
11 N. Market Street
Asheville, North Carolina 28801
Telephone: 828-844-7169
Fax: 828-257-2767
dwilkerson@vwlawfirm.com

Jeffrey Ostrow*
Jonathan M. Streisfeld, *Pro Hac Vice*
KOPELOWITZ OSTROW
FERGUSON WEISELBERG GILBERT
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
Fax: 954-525-4593
ostrow@kolawyers.com
streisfeld@kolawyers.com

1

Todd Carpenter*
Jae K Kim, *Pro Hac Vice*
CARLSON LYNCH
1350 Columbia Street. Suite 603
San Diego, CA 92101
Telephone: 619-762-1910
tcarpenter@carlsonlynch.com
ekim@carlsonlynch.com

*Counsel for Plaintiff and the Putative Class*
*\*(Application for Pro Hac Vice Forthcoming)*

Dated: August 16, 2021          NELSON MULLINS RILEY & SCARBOROUGH LLP
                                By: s/ Michael T. Cole
                                Michael T. Cole
                                Federal Bar No. 206
                                E-Mail: mike.cole@nelsonmullins.com
                                Merritt G. Abney
                                Federal Bar 9413
                                E-Mail: merritt.abney@nelsonmullins corn
                                Olesya V. Bracey
                                Federal Bar No. 11767
                                E-Mail: olesya.bracey@nelsonmullins.com
                                151 Meeting Street/Sixth Floor
                                Post Office Box 1806 (29402-1806)
                                Charleston, South Carolina 29401
                                (843) 853-5200
                                David E. Dukes
                                Federal Bar No. 635
                                E-Mail: david.dukes@nelsonmullins.com
                                1320 Main Street / 17th Floor
                                Post Office Box 11070 (29211-1070)
                                Columbia, SC 29201
                                (803) 799-2000

                                WILLKIE FARR & GALLAGHER LLP
                                Simona Agnolucci (CABN 246943), *Pro Hac Vice*
                                Nicholas Reddick (CABN 288779), *Pro Hac Vice*
                                One Front Street, 34th Floor
                                San Francisco, CA 94111
                                Telephone: (415) 858-7400
                                Facsimile: (415) 858-7599
                                E-Mail: sagnolucci@willkie.com

E-Mail: nreddick@willkie.com

Michael Gottlieb (DCBN 974960), *Pro Hac Vice*
Meryl Governski (DCBN 1023549), *Pro Hac Vice*
1875 K Street NW
Washington, DC 20006
Telephone: (202) 303-1442
Facsimile: (202) 303-2442
E-Mail: mgottlieb@willkie.com
E-Mail: mgovernski@willkie.com

*Attorneys for Defendant Navy Federal Credit Union*